Schedule 7.1

| Plaintiff | Parent Corporation or any publicly held corporation owning 10% or more of its stock |
|---|---|
| Broadcast Music, Inc. ("BMI") | BMI certifies that Gannett Co., Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary more than 10% of BMI's stock.  BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock. |
| Abkco Music, Inc. | Abkco Music & Records, Inc. |
| Concord Music Group, Inc. d/b/a Jondora Music | Eighth Note, Inc. |
| Painted Desert Music Corporation | Skidmore Music Company, Inc. |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |
| Universal Music MGB NA, LLC d/b/a Universal Music Careers | Vivendi SA |

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | I Can't Get No Satisfaction a/k/a (I Can't Get No) Satisfaction |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 6/10/65      7/9/65      1/4/93 1/4/93 |
| Line 6 | Registration No(s). | Eu 887593    Ep 205954    RE 607-110   RE 607-121 |
| Line 7 | Date(s) of Infringement | 9/16/15 |
| Line 8 | Place of Infringement | Longshots Billiards |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Gold Dust Woman |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 8/31/76      8/22/77 |
| Line 6 | Registration No(s). | Eu 713077    Ep 373137 |
| Line 7 | Date(s) of Infringement | 9/17/15 |
| Line 8 | Place of Infringement | Longshots Billiards |

| Line 1 | Claim No. | 3 |
|--------|-----------|---|
| Line 2 | Musical Composition | Broken Wing a/k/a A Broken Wing |
| Line 3 | Writer(s) | James House; Sam Hogin a/ka/ Samuel Harper Hogin; Phil Barnhart a/k/a Phillip Wayne Barnhart |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Phillip Wayne Barnhart d/b/a Suffer In Silence Music; Samuel Harper Hogin d/b/a Sams Jammin Songs |
| Line 5 | Date(s) of Registration | 8/14/97 |
| Line 6 | Registration No(s). | PA 780-869 |
| Line 7 | Date(s) of Infringement | 9/16/15 |
| Line 8 | Place of Infringement | Longshots Billiards |

| Line 1 | Claim No. | 4 | |
|--------|-----------|---|---|
| Line 2 | Musical Composition | Ring Of Fire | |
| Line 3 | Writer(s) | June Carter; Merle Kilgore | |
| Line 4 | Publisher Plaintiff(s) | Painted Desert Music Corporation | |
| Line 5 | Date(s) of Registration | 11/23/90 | 9/17/62 |
| Line 6 | Registration No(s). | RE 498-587 | Ep 167400 |
| Line 7 | Date(s) of Infringement | 9/16/15 | |
| Line 8 | Place of Infringement | Longshots Billiards | |

| Line 1 | Claim No. | 5 |
|--------|-----------|---|
| Line 2 | Musical Composition | Broken Road a/k/a The Broken Road |
| Line 3 | Writer(s) | Jeff Hanna; Marcus Hummon; Bobby Boyd |
| Line 4 | Publisher Plaintiff(s) | Jeffrey R. Hanna, an individual d/b/a Jeff Diggs Music; Universal Music MGB NA LLC d/b/a Universal Music Careers |
| Line 5 | Date(s) of Registration | 8/3/94 |
| Line 6 | Registration No(s). | PA 717-076 |
| Line 7 | Date(s) of Infringement | 9/16/15 |
| Line 8 | Place of Infringement | Longshots Billiards |

| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Proud Mary |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Concord Music Group, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/27/68 | 7/11/69 |
| Line 6 | Registration No(s). | EU 91333 | Ep 260526 |
| Line 7 | Date(s) of Infringement | 9/16/15 |
| Line 8 | Place of Infringement | Longshots Billiards |